UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**

SEP 25 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 7:25-CR-28-KKC

CODY GENE SPEARS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
## 21 U.S.C. § 841(a)(1)

On or about September 15, 2025, in Martin County, in the Eastern District of Kentucky,

**CODY GENE SPEARS**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about September 18, 2025, in Martin County, in the Eastern District of Kentucky,

**CODY GENE SPEARS**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841.

A TRUE BILL

*[signature]*
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1 and 2:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.